UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN E WOODWARD,

       Plaintiff,                        CIVIL ACTION NO. 04 CV 70017 DT

  v.                                   DISTRICT JUDGE DENISE PAGE HOOD

NEIL C SZABO, et al,               MAGISTRATE JUDGE VIRGINIA M. MORGAN

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S REQUEST FOR
ENLARGEMENT OF TIME FOR RESPONSE TO DEFENDANT
BRANDENBURG'S ANSWER TO THE COMPLAINT**

    Before the Court is Plaintiff's Motion For Enlargement of Time for Response to Defendant Brandenburg's Answer to Complaint. Pursuant to Fed.R.Civ.P. 7(a), a reply to an answer may be filed only if ordered by the Court. No reply to the answer is necessary in this case. Therefore, Plaintiff's Motion for Enlargement of Time is unnecessary and **IS DENIED**.

    **SO ORDERED**.

                                                  s/Virginia M. Morgan
                                                  VIRGINIA M. MORGAN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  May 11, 2005

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing Order was served on the Kevin Woodward and counsel of record by electronic means or U.S. Mail on May 11, 2005.

                      s/Jennifer Hernandez
                      Case Manager to
                      Magistrate Judge Morgan