UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WOODARD, #165148,                    Civil Action No.04-70017

                Plaintiff,         District Judge Denise Page Hood
vs.                                        Magistrate Judge Virginia M. Morgan

NEIL SZABO, et al
                Defendants.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's Motion for Appointment of Counsel. A federal court may request counsel to represent an indigent plaintiff, 28 U.S.C. § 1915, when such an appointment is warranted by "exceptional circumstances." Lavado v. Keohane, 992 F.2d 601, 606 (6th Cir. 1993). The decision whether to appoint counsel is left to the discretion of the court. There are no exceptional circumstances in this case that would warrant the appointment of counsel.

    IT IS HEREBY ORDERED that the motion is DENIED.

    SO ORDERED.

Dated: June 27, 2005                         s/Virginia M. Morgan
                                                      VIRGINIA M. MORGAN
                                                      UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

The undersigned certifies that a copy of the order was served on the parties and attorneys of record by electronic means or U.S. Mail on June 27, 2005.

                            s/Jennifer Hernandez
                            Case Manager to
                            Magistrate Judge Morgan