UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN E. WOODARD,            Civil Action No.04-70017

      Plaintiff,           District Judge Denise Page Hood
vs.           Magistrate Judge Virginia M. Morgan

NEIL C SZABO, et al,
      Defendants.
_____/

## ORDER ALLOWING DEFENDANT SWEET TO FILE OUT OF TIME

Defendant Sweet seeks to file a late motion for summary judgment and to do so seeks to extend the date for filing all dispositive motions. The relief sought is too broad. The court grants leave to file the motion for summary judgment out of time and will enter an order requiring a response.

IT IS ORDERED that the deadline for filing dispositive motions is hereby extended so that Defendant Sweet's motion is considered timely.

SO ORDERED.

Dated:  October 21, 2005        s/Virginia M. Morgan

               VIRGINIA M. MORGAN
               UNITED STATES MAGISTRATE JUDGE

---

### PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon Kevin Woodard and counsel of record via the Court's ECF System and/or U. S. Mail on October 21, 2005

               s/J Hernandez
               Case Manager to
               Magistrate Judge Virginia M. Morgan